UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20955–CIV–COOKE/TURNOFF

JOSE BANUELOS,

    Plaintiff,

vs.

VICIEDO INC. and AMAURY VICIEDO,
Individually,

    Defendants.

_____/

## ORDER REQUIRING DOCUMENTATION SUPPORTING
## ALLOCATION OF ATTORNEY'S FEES AND COSTS

THIS MATTER is before me on the Parties' Renewed Joint Motion to Approve Confidential Settlement Agreement and to Dismiss with Prejudice ("Motion") (ECF No. 19). This matter was filed alleging violations of the Fair Labor Standards Act. As such, the parties submitted the Confidential Settlement Agreement and General Release ("Settlement Agreement") for the Court's review, pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

This is my second consideration of the Parties' Motion. The Parties initially filed the Motion without contemporaneously submitting a copy of the Settlement Agreement for review. (ECF No. 17). Therefore, on June 19, 2012, I denied the Motion without prejudice, and ordered the Parties to submit a copy of the Settlement Agreement for scrutiny within seven (7) days. (ECF No. 18). The Parties have complied.

Judicial review of a settlement agreement in a FLSA matter encompasses a review of the reasonableness of counsel's legal fees. *Silva v. Miller*, 307 F. App'x 349 (11th Cir. 2009). To

assist in my evaluation of the reasonableness of the attorney's fees as stated in the Settlement Agreement, Plaintiff's counsel shall submit, for an *in camera* review, documentation supporting the allocation of attorney's fees in this matter. Such documentation shall be submitted within ten (10) days of this order. Accordingly, I **DEFER** ruling on the Parties' Renewed Joint Motion to Approve Confidential Settlement Agreement and to Dismiss with Prejudice (ECF No. 19).

**DONE AND ORDERED** in chambers at Miami, Florida, this 29th day of June 2012.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of Record*